KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

VINEET GAURI (ILSBN 6242953)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3924
    Facsimile: (510) 637-3724
    Vineet.Gauri@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4-06-70435-WDB |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER OF EXCLUSION OF TIME UNDER THE FEDERAL RULES OF CRIMINAL PROCEDURE AND THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| JUAN CARLOS MEZA-CRUZ, | |
| Defendant. | |

## ORDER

It is ORDERED that time is excluded under the Speedy Trial Act, and the time for indictment is waived under Rules the Federal Rules of Criminal Procedure, from July 14, 2006 to July 28, 2006, based on the need of defense counsel to continue investigating and effectively prepare the case, taking into account the exercise of due diligence. The Court finds that the ends of justice
//

- 1 -

1 //
2 would be served by granting the continuance.
3
4
5 DATED: July 14, 2006
6
7 _____
HON. NANDOR VADAS
UNITED STATES MAGISTRATE JUDGE

- 2 -